# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

V.                NO. 4:04CR00272-001   SWW

TONELLE BROWN                           DEFENDANT

## ORDER

This matter is before the Court on defendant's pro se motion for early termination of supervised release. The government has responded that there is no objection to early termination of defendant's supervised release provided he has met all requirements considered by the U. S. Probation Office in determining whether early termination of supervised release is appropriate. The U.S. Probation Office has advised the Court that defendant, Tonelle Brown, has met all the criteria and is eligible for early termination of supervised release. The Court finds that defendant's motion [doc #90] should be, and hereby is, ***granted***.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 16th day of October 2013.

                                                     /s/Susan Webber Wright

                                                     United States District Judge